IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 00-10863
Conference Calendar
_____


UNITED STATES OF AMERICA,

                                        Plaintiff-Appellee,

versus

ANTONIO BELTRAN CEDILLO,

                                        Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Northern District of Texas
USDC No. 3:00-CR-118-D
--------------------
February 15, 2001

Before SMITH, BARKSDALE, and EMILIO M. GARZA, Circuit Judges.

PER CURIAM:*

     Antionio Beltran Cedillo appeals his conviction and 79-month
sentence following his plea of guilty to attempted illegal
reentry after deportation in violation of 8 U.S.C. § 1326.
Cedillo argues that the felony conviction that resulted in his
increased sentence under 8 U.S.C. § 1326(b)(2) was an element of
the offense that should have been charged in the indictment, that
he should have been required to admit to in the factual resume,
and about which the district court should have admonished him
during his guilty plea.  He acknowledges that his argument is

_____

     * Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

foreclosed by <u>Almendarez-Torres v. United States</u>, 523 U.S. 224 (1998), but he seeks to preserve the issue for Supreme Court review in light of <u>Apprendi v. New Jersey</u>, 120 S. Ct. 2348 (2000).  <u>Apprendi</u> did not overrule <u>Almendarez-Torres</u>.  <u>See</u> <u>Apprendi</u>, 120 S. Ct. at 2361-62 & n.15; <u>United States v. Dabeit</u>, 231 F.3d 979, 984 (5th Cir. 2000), <u>petition for cert. filed</u> (U.S. Jan. 26, 2001)(No. 00-8299).  Cedillo's argument is foreclosed. <u>See</u> <u>Almendarez-Torres</u>, 523 U.S. at 235.  Accordingly, Cedillo's conviction and sentence are AFFIRMED.